## FIRST NAT. BANK OF MAYESVILLE v. PRICE.

No. 6676.    Opinion Filed May 2, 1916.

(157 Pac. 339.)

**APPEAL AND ERROR—Briefs—Effect of Failure to File—Reversal.**
Where plaintiff in error has completed his record and filed it in this court, and has served and filed a brief, in compliance with the rules of this court, and defendant in error has neither filed a brief nor offered any excuse for such failure, the court is not required to search the record to find some theory upon which the judgment may be sustained; and, where the brief filed appears reasonably to sustain the assignments of error, the court may reverse the judgment in accordance with the prayer of the plaintiff in error or the rights of the parties.

(Syllabus by Hooker, C.)

*Error from County Court, Garvin County;*
*W. R. Wallace, Judge.*

Action between the First National Bank of Mayesville and J. H. Price. From the judgment, the bank brings error. Reversed and remanded.

*Blanton & Andrews,* for plaintiff in error.

Opinion by HOOKER, C. The petition in error with case-made attached was filed in this court on July 25, 1914. The plaintiff in error filed its brief on February 23, 1916, but up to this date the defendant in error has not filed any brief or offered any excuse for such failure. We will therefore apply the rule of this court that, where the brief of the plaintiff in error reasonably appears to support the assignments of error, the court will not search the record to ascertain some possible theory on which the case may be affirmed, but, if the assignments of error appear to be reasonably supported by the record, the case will be reversed. *Butler v. McSpadden,* 25 Okla. 465, 107

Pac. 170; *Dievert, etc., School Board of District No. 70, v. Rainey et al.*, 41 Okla. 31, 136 Pac. 1086.

The judgment appealed from should be reversed, and the cause remanded to the county court of Garvin county for such further proceedings as may be proper.

By the Court: It is so ordered.